DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSHUA JOHN OVENS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1581

[November 19, 2020]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Dan L. Vaughn, Judge; L.T. Case No. 312019CF000817A.

Joshua John Ovens, Cross City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***